UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


TRUST FINANCIAL, A MORTGAGE
COMPANY, LLC, a Texas Limited
Liability Company,

       Plaintiff,

v.                                CASE NO.: 1:10cv49-SPM/AK

FORT ATKINSON PLANTATION, LLC.,
a Florida Limited Liability Company, et al.,

       Defendants.
_____/


## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon consideration, the Agreed Motion of Defendants Sherrod and

Campbell for Enlargement of Time to Serve a Response to Plaintiff's Complaint

(doc. 16) is granted. Defendants Sherrod and Campbell shall have up to and

including June 11, 2010, to file and serve their response to the complaint.

SO ORDERED this 3rd day of June, 2010.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge