UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUST FINANCIAL, A MORTGAGE
COMPANY, LLC, a Texas Limited
Liability Company,

       Plaintiff,

v.                                       CASE NO.: 1:10cv49-SPM/AK

FORT ATKINSON PLANTATION, LLC.,
a Florida Limited Liability Company, et al.,

       Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

This cause comes before the Court on the Agreed Motion of Defendants Campbell and Sherwood for an Enlargement of Time to Serve a Response to Plaintiff's Complaint. Doc. 18. The motion appears to be a duplicate of a previously filed motion. Doc. 16. Nevertheless, the motion (doc. 18) is granted. Defendants Campbell and Sherwood shall have up to and including June 11, 2010, to file and serve their response to the complaint.

SO ORDERED this 9th day of June, 2010.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       Chief United States District Judge