UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUST FINANCIAL, A MORTGAGE
COMPANY, LLC, a Texas Limited
Liability Company,

    Plaintiff,

v.                                    CASE NO.: 1:10cv49-SPM/AK

FORT ATKINSON PLANTATION, LLC.,
a Florida Limited Liability Company, et al.,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, the Agreed Motion of Defendant Owen B. Lovejoy for an Enlargement of Time to Serve a Response to Plaintiff's Complaint (doc. 21) is granted. Defendant Owen B. Lovejoy shall have up to and including June 21, 2010, to file and serve his response to the complaint.

SO ORDERED this 16h day of June, 2010.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge