UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUST FINANCIAL, A MORTGAGE
COMPANY, LLC, a Texas Limited
Liability Company,

       Plaintiff,

v.                                   CASE NO.: 1:10cv49-SPM/AK

FORT ATKINSON PLANTATION, LLC.,
a Florida Limited Liability Company, et al.,

       Defendants.
_____/

**ORDER EXTENDING TIME TO RESPOND
AND GRANTING LEAVE TO WITHDRAW**

This cause comes before the Court on the Motion to Withdraw and for Extension of Time to Answer (doc. 22) filed by attorney Patrick K. McCarthy and Matthews & Hawkins, P.A., who are counsel of record for Defendants Sherrod Campbell and Charles Sherwood. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The motion (doc. 22) is granted.

2.      Attorney Patrick K. McCarthy and Matthews & Hawkins, P.A. are granted leave to withdraw.

3.      Sherrod Campbell and Charles Sherwood shall have up to and

including July 8, 2010, to respond to the complaint.

4.    The clerk shall send a copy of this order by regular mail and certified mail to Sherrod Campbell, 191 Jamerson Place, Baldwin, GA, 30511 and to Charles Sherwood, 10 Sourwood Drive, Cornelia, GA 30531.

DONE AND ORDERED this 21st day of June, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:10cv49-SPM/AK