UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUST FINANCIAL, A MORTGAGE
COMPANY, LLC, a Texas Limited
Liability Company,

       Plaintiff,

v.                                        CASE NO.: 1:10cv49-SPM/AK

FORT ATKINSON PLANTATION, LLC.,
a Florida Limited Liability Company, et al.,

       Defendants.
_____/

## ORDER DISMISSING HILL BASHAW GROUP, LLC

Pursuant to Plaintiff's Voluntary Dismissal (doc. 26), Hill Bashaw Group, LLC, is dismissed as a defendant in this case.

DONE AND ORDERED this 23rd day of June, 2010.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge