UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUST FINANCIAL, A MORTGAGE
COMPANY, LLC, a Texas Limited
Liability Company,

       Plaintiff,

v.                                                                    CASE NO.: 1:10cv49-SPM/AK

FORT ATKINSON PLANTATION, LLC.,
a Florida Limited Liability Company, et al.,

       Defendants.

_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's (Doc. 35) Stipulated and Consented Motion for

Extension of Time for Plaintiff to File Responses to the Pleadings Filed at Docket

Entry Numbers 24 and 27 is granted.   Plaintiff shall have up to and

including July 27, 2010, to file and serve responses to the pleadings filed as

docket entry numbers 24 and 27.

SO ORDERED this 19th day of July, 2010.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge