IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| TRUST FINANCIAL, A MORTGAGE COMPANY, LLC, a Texas Limited Liability Company | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO: 1:10-CV-00049-SPM-GRJ |
| FORT ATKINSON PLANTATION, LLC, a Florida Limited Liability Company, OWEN B. LOVEJOY, an Individual, FRED J. HATFIELD, III, an Individual, MARVIN BUCHANAN, an Individual, SHERROD CAMPBELL, an Individual and CHARLES SHERWOOD, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF

Plaintiff moves the Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and 56.1 of the Local Rules for the United States District Court for the Northern District of Florida, a summary judgment in Plaintiff's favor for the relief demanded in its complaint and for grounds of its motion says that there is no genuine issue as to any material fact and that the Plaintiff is entitled to a judgment as a matter of law.

This motion is based upon the pleadings and exhibits attached thereto, the exhibits described in the Exhibit List, attached to this motion as Exhibit "A," deposition excerpts of Defendants, Sherwood, Campbell and Lovejoy, attached hereto and Exhibits "B," "C," and "D," respectively, the Affidavits of Craig Blackwell, Jack Dollins, Robert P. Reynolds, and Richard S.

CASE NO: 1:10-cv-00049-SPM-GRJ

Petermann, true and correct copies of which are attached to this motion as Exhibits, "E," "F," "G," and "H," respectively, and the letter from counsel for Fort Atkinson, Fred Hatfield, and Marvin Buchanan, attached to this motion and identified in the Exhibit List as Exhibit "1."

WHEREFORE, Plaintiff Trust Financial respectfully requests the Court grant its Motion for Summary Judgment on the grounds that there is no genuine issue as to any material fact and that the Trust Financial is entitled to a judgment as a matter of law.

Dated this 28th day of January, 2011.

/s/ *Robert P. Reynolds*_____
Robert P. Reynolds
REYNR4202
Attorney for Plaintiff, Trust
Financial, A Mortgage Company, LLC

OF COUNSEL
Reynolds, Reynolds, and Duncan, LLC
2115 Eleventh Street
Tuscaloosa, Alabama
P: 205-391-0073
rreynolds@rrdlaw.com


OF COUNSEL
Richard S. Petermann
Florida Bar No. 362956
/s/ Jeffrey L. Burns
Florida Bar No. 40782
Anchors Smith Grimsley
909 Mar Walt Drive, Suite 1014
Fort Walton Beach, FL 32547
P: 850-863-4064
rppertermann@asglegal.com
jburnes@asglegal.com

2

CASE NO: 1:10-cv-00049-SPM-GRJ

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by electronic and/or U.S. Mail to Andrew J. Decker, III, Esq., ATTORNEY FOR FORT ATKINSON PLANTATION, LLC, FRED J. HATFIELD, III and MARVIN BUCHANAN, P.O. Box 1288 Live Oak, FL 32064, and, Kristin M. Davis, Esq., and Peter Robertson, Esq. ATTORNEYS FOR SHERROD CAMPBELL, OWEN B. LOVEJOY and CHARLES SHERWOOD, 5216 SW 91st Dr., Suite 10, Gainesville, FL 32608, this 28th day of January, 2011.

                                                              /s/ *Robert P. Reynolds*_____
                                                              Robert P. Reynolds
                                                              Attorney for Plaintiff, Trust
                                                              Financial, A Mortgage Company, LLC

Motion.Summary.Judgment.1093.0003.doc