# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

TRUST FINANCIAL, A MORTGAGE
COMPANY LLC, a Texas Limited
Liability Company

    VS                                                           CASE NO. 1:10-cv-49 SPM/GRJ

FORT ATKINSON PLANTATION, LLC,
a Florida Limited Liability Company, et.
al.

## JUDGMENT

This action came to trial or hearing before the Court with the Honorable Stephan P. Mickle presiding. The issues have been tried or heard and a decision has been rendered.

Judgment in the amount of $4,039,043.20 is entered in favor of the Plaintiff and against the Defendants, jointly and severally, and consists of the combined principal sum in the amount of $3,721,487.77 and accrued prejudgment interest in the amount of $317,555.43. Post judgment interest shall accrue as provided by law.

                                                             JESSICA J. LYUBLANOVITS
                                                             CLERK OF COURT

                                                             *s/ TiAnn Stark*

March 8, 2011
DATE                                                          Deputy Clerk: TiAnn Stark