## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

TRUST FINANCIAL A MORTGAGE
COMPANY LLC, a Texas Limited
Liability Company

      VS                                          CASE NO.  1:10-cv-49 SPM/GRJ

FORT ATKINSON PLANTATION LLC, a
Florida Limited Liability Company, et. al.

## JUDGMENT

This action came to trial or hearing before the Court with the Honorable Stephan P. Mickle presiding.  The issues have been tried or heard and a decision has been rendered.

An Amended Judgment in the amount of $4,039,043.20 is entered in favor of the Plaintiff, TRUST FINANCIAL A MORTGAGE COMPANY LLC, and against the Defendants, FORT ATKINSON PLANTATION LLC, OWEN B LOVEJOY, FRED J HATFIELD III, MARVIN BUCHANAN, SHERROD CAMPBELL, and CHARLES SHERWOOD, jointly and severally, and consists of the combined principal sum in the amount of $3,721,487.77 and accrued prejudgment interest in the amount of $317,555.43. Post judgment interest shall accrue as provided by law.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            *s/ TiAnn Stark*

 March 14, 2011
DATE                                     Deputy Clerk: TiAnn Stark