UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUST FINANCIAL, A MORTGAGE
COMPANY, LLC.

      VS                                              CASE NO.  1:10cv49 SPM/GRJ

FORT ATKINSON PLANTATION, LLC.,
et al.

## JUDGMENT

This action came before the Court with the Honorable Stephan P. Mickle presiding.  The issues have been heard and a decision has been rendered.

Judgment is entered in favor of Plaintiff, TRUST FINANCIAL, A MORTGAGE COMPANY, LLC, and against defendants, FORT ATKINSON PLANTATION, LLC., OWEN B LOVEJOY, FRED J HATFIELD III, MARVIN BUCHANAN, SHERROD CAMPBELL, HILL BASHAW GROUP LLC, with the exception of Defendant Charles Sherwood, for attorneys' fees and costs in the amount of $91,658.19 with post-judgment interest as provided by law.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

 July 12, 2011                    s/Adelita Tinaya-Miller
DATE                                  Deputy Clerk: Adelita Tinaya-Miller